UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :

In re                                          :        Chapter 11

BRIDGE ASSOCIATES OF SOHO, INC.   :        Case No. 8-18-71159

                      Debtor.        :

-------------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Warshaw Burstein, LLP hereby appears on behalf of Steve Greenberg, Tricia Nash, Joseph Haske, Susan Brown, Ryder Haske, Alexia Brue, Ethan Klemperer, Mablen Jones, David Lawrence, Anne Lawrence, Ellen Colon-Lugo, Edward Masler, Janet Burgan, James Noll, Martin Sheridan, Virginia Sheridan and Conrad Vogel (collectively, the "Statutory Tenants"), as parties in interest, in the above-captioned case pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and hereby requests that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the person listed below at the following address, telephone and facsimile number, and email address:

                  Slava Hazin, Esq.
                  **Warshaw Burstein, LLP**
                  555 Fifth Avenue
                  New York, New York 10017
                  Tel: (212) 984-7700
                  Fax: (212) 972-9150
                  shazin@wbny.com

{1018997.1 }

Dated: New York, New York
      March 15, 2018

                              **WARSHAW BURSTEIN, LLP**
                              *Counsel for Statutory Tenants*

                        By:   <u>s/ Slava Hazin</u>
                               Slava Hazin (SH-3554)
                        555 Fifth Avenue
                        New York, New York 10017
                        (212) 984-7700

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2018, I served true and correct copies of the attached Notice of Appearance and Demand for Service of Papers, via U.S. First Class Mail, upon the parties listed below.

By: ___s/ Tara Gilbert_
      Tara Gilbert

Debtor's Counsel:

Roy J. Lester, Esq.
Lester & Associates, P.C.
600 Old Country Road, Suite 299
Garden City, New York 11530

U.S. Trustee:

Office of the U.S. Trustee
Eastern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014