UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                        Case No.: 18-71159-reg

Bridge Associates of Soho, Inc.,                                   Chapter 11

                              Debtor.
-----------------------------------------------------------X

## AFFIDAVIT PURSUANT TO RULE 1007-4

**ADAM D. LUCKNER,** hereby states and affirms under the penalties of perjury:

1. I am the Sole Shareholder and President of Bridge Associates of Soho, Inc. (the **"Debtor"**) the Debtor herein, and submit this affidavit pursuant to Rule 1007-4 of the Local Bankruptcy Rules.

2. The business of the Debtor is a Real Estate Holding Company. This Chapter 11 was required due to a tax lien foreclosure sale date which threatened to divest the Debtor of its fee simple ownership interest in the real property commonly known as 99 Vandam Street a/k/a 533 Greenwich Avenue, New York, New York (the "Property"). The Debtor is not a small business, and no committee was organized prior to the order for relief in the Chapter 11 case.

3. On February 23, 2018, the Debtor is filing its original petition for reorganization of its debts under Chapter 11 of the Bankruptcy Code.

4. The Debtor is required to file a list containing the names and addresses of the twenty largest unsecured creditors (i) excluding those who or which would not be entitled to vote a creditors meeting under 11 U.S.C. 702; (ii) such creditors who are employees of the Debtor at the time of the filing of the petition of reorganization; and (iii) creditors who are "insiders" as that term is defined in Section 101(25) of the Bankruptcy Code. The list of the twenty largest

unsecured creditors and the list of the five largest secured creditors have already been filed. A copy of those lists are annexed hereto as Exhibit "A".

5.  There are seven (7) secured creditors. The Debtor has total assets of approximately Thirteen Million, Nine Hundred and Eighty Thousand ($13,980,000.00) dollars and total liabilities of approximately Twelve Million, Five Hundred and Forty Eight Thousand ($12,548,000.00) dollars. A summary of Debtor's assets and liabilities are attached herewith as Exhibit "B".

6.  The location of the Debtor's business premises as well as the books and records are at the primary offices which are located at 619 Bridge Street, Woodmere, New York. The Property is the Debtor's primary asset.

7.  None of the Debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any entity, except that the Property is occupied by 13 individuals.

8.  All membership shares are shares of one class, 100% being held by Adam Luckner, Sole Shareholder. The information as to the shares is attached hereto as Exhibit "C". As Sole Shareholder of the Debtor, Adam D. Luckner is responsible for the day-to-day operations of the business. He has over fifteen (15) years experience in the real estate industry. The current management will manage the Debtor as Debtor-In-Possession. Adam D. Luckner does not earn a salary. There are no other members, managers, officers or directors.

9.  The Debtor has zero (0) employees. The monthly payroll is zero ($0.00) dollars.

10. The Debtor estimates operating expenses to not exceed $5,000.00 dollars for real estate taxes for the first thirty (30) day post-petition period. Past due amounts to creditors are not

included herein as operating expenses, since they will be dealt with under the Plan of Reorganization.

11. The Debtor expects **gross** income from its business operations to be approximately $0.00 dollars in the first thirty (30) day post-petition period.

12. The needs and interest of the Debtor and its creditors will be best served by the Debtor's continued operation and management of its assets. The Debtor believes that the interest of all parties would be best served by the continuation of the Debtor's operations and property management as debtor-in-possession under Chapter 11 until confirmation of a reorganization plan.

Dated: March 26, 2018
       Woodmere, New York

By: Adam D. Luckner
Sole Shareholder & President
Bridge Associates of Soho, Inc.

Sworn to before me this
26th day of March, 2018

_____
Notary Public

MAHARANIE PERSAUD
Notary Public - State of New York
NO. 01PE6232591
Qualified in Nassau County
My Commission Expires 02-13-2018

# EXHIBIT "A"

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Bridge Associates of SOHO, Inc. | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | |
| Case number (if known): | | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adam D. Luckner<br>619 Bridge Street,<br>Woodmere, NY<br>11598 | | Personal Loan | Disputed | | | $5,443,085.00 |
| Lambert & Shackman, PLLC<br>274 Madison Avenue<br>New York, NY 10016 | | Legal Services | Disputed | | | $74,238.77 |
| New York City Loft Board<br>280 Broadway, 4th Flr.<br>New York, NY 10007 | | Fines | Disputed | | | Unknown |
| NYC Dept of Tax & Finance<br>WA Harriman Campus<br>Bldg 9<br>Albany, NY 12227 | | Taxes | Disputed | | | Unknown |

## Fill in this information to identify the case:

Debtor name: **Bridge Associates of SOHO, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Criminal Ct of NYC**<br>Creditor's Name<br>100 Centre Street<br>New York, NY 10013<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**6-4-08**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**99 Vandam St, NY, NY**<br>**AKA 533 Greenwich St, NY, NY**<br><br>Describe the lien<br>**Judgment**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $5,000.00 | $7,500,000.00 |
| **2.2** **NYC Dept of Finance**<br>Creditor's Name<br>100 Church Street<br>New York, NY 10007<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>**99 Vandam St, NY, NY**<br>**AKA 533 Greenwich St, NY, NY**<br><br>Describe the lien<br>**Tax Lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $105,000.00 | $7,500,000.00 |

| Debtor | Bridge Associates of SOHO, Inc. | Case number (if know) | |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.3** **NYC Dept of Housing**
Creditor's Name
**Preservation&Development**
**100 Church Street**
**New York, NY 10007**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**6-2-09**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**99 Vandam St, NY, NY**
**AKA 533 Greenwich St, NY, NY**

Describe the lien
**Judgment**
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

$19,900.00     $7,500,000.00

---

**2.4** **NYC Environmental Ctrl Bd**
Creditor's Name
**100 Church Street**
**New York, NY 10007**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**99 Vandam St, NY, NY**
**AKA 533 Greenwich St, NY, NY**

Describe the lien
**Liens**
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Unknown     $7,500,000.00

---

**2.5** **NYCTL 1998-2 Trust**
Creditor's Name
**c/o MTAG Services, LLC**
**PO Box 223762**
**Pittsburgh, PA 15251**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**99 Vandam St, NY, NY**
**AKA 533 Greenwich St, NY, NY**

Describe the lien
**Tax Lien**
Is the creditor an insider or related party?
☒ No
☐ Yes

$2,300,000.00     $7,500,000.00

---

Debtor **Bridge Associates of SOHO, Inc.**  Case number (if know) _____
        Name

|  |  |
|---|---|
| Date debt was incurred | Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number |  |
| Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |

| 2.6 | **Street Snacks** | Describe debtor's property that is subject to a lien | $3,500,000.00 | $7,500,000.00 |
|---|---|---|---|---|
|  | Creditor's Name | 99 Vandam St, NY, NY |  |  |
|  | **349 W. 37th Street**<br>**New York, NY 10018** | AKA 533 Greenwich St, NY, NY |  |  |
|  | Creditor's mailing address | Describe the lien<br>**1st Mtg** |  |  |
|  |  | Is the creditor an insider or related party?<br>☒ No<br>☐ Yes |  |  |
|  | Creditor's email address, if known |  |  |  |
|  | Date debt was incurred | Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | Last 4 digits of account number |  |  |  |
|  | Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |  |  |

| 2.7 | **York Resources** | Describe debtor's property that is subject to a lien | $1,100,000.00 | $7,500,000.00 |
|---|---|---|---|---|
|  | Creditor's Name | 99 Vandam St, NY, NY |  |  |
|  | **510 E. 80th Street**<br>**New York, NY 10021** | AKA 533 Greenwich St, NY, NY |  |  |
|  | Creditor's mailing address | Describe the lien<br>**2nd Mtg** |  |  |
|  |  | Is the creditor an insider or related party?<br>☒ No<br>☐ Yes |  |  |
|  | Creditor's email address, if known |  |  |  |
|  | Date debt was incurred | Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | Last 4 digits of account number |  |  |  |
|  | Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |  |  |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  $7,029,900.00

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

Debtor    **Bridge Associates of SOHO, Inc.**            Case number (if know)
         Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Amy Carlin, Esq.<br>LaRocca, Hornik, Rosen,<br>Trump Bldg, 40 Wall St<br>32nd Flr.<br>New York, NY 10005 | Line **2.6** | |
| Richard J. Evans, Esq.<br>Phillips Lytle, LLP<br>1400 First Federal Plaza<br>Rochester, NY 14614 | Line **2.5** | |

# EXHIBIT "B"

**Fill in this information to identify the case:**

Debtor name: **Bridge Associates of SOHO, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $ 7,500,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................... $ 6,480,000.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................... $ 13,980,000.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............ $ 7,029,900.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... +$ 5,517,323.77

4. **Total liabilities** ..............................................................................................................
   Lines 2 + 3a + 3b                                                                                                         $ 12,547,223.77

# EXHIBIT "C"

# United States Bankruptcy Court
## Eastern District of New York

In re   **Bridge Associates of SOHO, Inc.**                              Case No. _____

                                    Debtor(s)                              Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Adam D. Luckner<br>619 Bridge Street<br>Woodmere, NY 11598 | | 200 | 100% equity |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 23, 2018**                    Signature   **/s/ Adam D. Luckner**
                                                            **Adam D. Luckner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.